| | |
|---|---|
| ATTORNEY GRIEVANCE COMMISSION OF MARYLAND<br><br>v.<br><br>JUSTIN MICHAEL WINTER | * IN THE<br><br>* SUPREME COURT<br><br>* OF MARYLAND<br><br>* AG Docket No. 1<br><br>* September Term, 2023<br><br>* |

## ORDER

Pursuant to Rule 19-738, the Attorney Grievance Commission filed its Petition for Disciplinary or Remedial Action upon respondent's conviction of a serious crime. Pursuant to Rule 19-738(d), the Court required the Commission to serve the Petition on the respondent and required the respondent to show cause why he should not be temporarily suspended from the practice of law in the State of Maryland. No response was filed. Accordingly, it is this 21st day of April 2023, by the Supreme Court of Maryland,

ORDERED that, pursuant to Rule 19-738(e) and effective immediately, respondent Jason Michael Winter is temporarily suspended from the practice of law in the State of Maryland pending further order of this Court; and it is further

ORDERED that the Clerk of this Court shall strike the name of Jason Michael Winter from the register of attorneys authorized to practice law in the State of Maryland and certify that fact to the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761(b).

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



/s/ Matthew J. Fader
Chief Justice

Gregory Hilton, Clerk